No. 76–1367.  HYSTER CO. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.  ■■■■■■■■■■

No. 76–1404.  DOWNEY *v.* CALLERY ET AL.  Ct. App. La., 4th Cir.  Certiorari denied.  ■■■■■■■■■■■■■■■

No. 76–1408.  PAUL *v.* GAMMAGE.  Sup. Ct. Tex.  Certiorari denied.  ■■■■■■■■■■■■

No. 76–1414.  SHAND *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. D. C. Cir.  Certiorari denied.

No. 76–1417.  WIGLESWORTH *v.* TEAMSTERS LOCAL UNION No. 592 ET AL.  C. A. 4th Cir.  Certiorari denied.  ■■■■■■

No. 76–1424.  RICHARDSON *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 76–1425.  MAURICE A. GARBELL, INC., ET AL. *v.* BOEING Co. ET AL.  C. A. 9th Cir.  Certiorari denied.  ■■■■■■

No. 76–1426.  SMITH *v.* CARTER.  C. A. 5th Cir.  Certiorari denied.  ■■■■■■■■■■

No. 76–1429.  BRADLEY ET AL. *v.* WHITTEN.  Sup. Ct. Va.  Certiorari denied.

No. 76–1430.  GIBSON PRODUCTS, INC., OF RICHARDSON *v.* TEXAS.  Sup. Ct. Tex.  Certiorari denied.  ■■■■■■

No. 76–1431.  HOBBY *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 76–1436.  SPRAGUE & RHODES COMMODITY CORP. ET AL. *v.* THE IRISH SPRUCE ET AL.  C. A. 2d Cir.  Certiorari denied.